**DISMISS and Opinion Filed May 21, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-18-01270-CV**

**CLAUDIA MARIE SKINNER, Appellant**
**V.**
**EDDIE CLEMMONS, Appellee**

**On Appeal from the County Court at Law No 1**
**Williamson County, Texas**
**Trial Court Cause No. 12-1017-FC4**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Nowell
Opinion by Chief Justice Burns

Appellant's brief in this case is overdue. By postcard dated April 2, 2019, we notified appellant the time for filing her brief had expired. We directed appellant to file a brief and an extension motion within ten days. We cautioned appellant that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed her brief or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

181270F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

CLAUDIA MARIE SKINNER, Appellant

No. 05-18-01270-CV        V.

EDDIE CLEMMONS, Appellee

On Appeal from the County Court at Law No 1, Williamson County, Texas
Trial Court Cause No. 12-1017-FC4.
Opinion delivered by Chief Justice Burns.
Justices Molberg and Nowell participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee EDDIE CLEMMONS recover his costs, if any, of this appeal from appellant CLAUDIA MARIE SKINNER.

Judgment entered May 21, 2019